# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br> vs.<br><br>**JOHN J. RIDEL,**<br><br>    **Defendant.** | **Case Number: 8:13CB12**<br>**Violation Number: 2304584 NE14**<br><br>    **ORDER** |

  On the motion of the United States Attorney's Office [20], the above-referenced matter is hereby dismissed without prejudice.

  ORDERED this 2nd day of April, 2014.

          **BY THE COURT:**

          s/ Thomas D. Thalken
          **United States Magistrate Judge**